UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR ACCESS TO CERTAIN SEALED COURT RECORDS | 1:16-mc-02183-CKK<br><br>Related to:<br>Criminal No. 1:10-cr-00225-CKK |

## NOTICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that on December 21, 2016, the Government moved to unseal twelve miscellaneous matters that are at issue in the above-captioned case.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    United States Attorney
    D.C. Bar No. 415793

    By: _____/s/_____
    Deborah A. Curtis
    Assistant United States Attorney
    National Security Section
    California Bar Number 172208
    555 Fourth Street NW
    Washington, D.C. 20530
    (202) 252-6920
    deborah.curtis@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on the 3rd day of January, 2017, a true and correct copy of the foregoing instrument was filed via ECF. A copy of the foregoing will also be sent to **Abbe David Lowell, Keith M. Rosen, and Scott William Coyle**, Attorneys for Stephen Kim and **Katie Townsend**, Attorney for Applicant, via regular mail.

/s/
Deborah A. Curtis
Assistant United States Attorney