# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

<table>
<tr>
<td>

**IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR ACCESS TO CERTAIN SEALED COURT RECORDS**

</td>
<td>

Misc. Action No 1:16-mc-02183-CKK

Related to:
Criminal No. 1:10-cr-00225-CKK

</td>
</tr>
</table>

## JOINT STATUS REPORT AND NOTICE RE: REMAINING MATTER STILL UNDER SEAL (09-mc-535)

1.      On October 21, 2016, the Reporters Committee for Freedom of the Press (the "Reporters Committee" or "Applicant") moved the Court for an order unsealing certain court records related to the United States government's completed criminal investigation and prosecution of Stephen Jin-Woo Kim ("Kim"), Criminal No. 1:10-cr-00224-CKK (the "Kim Prosecution").  *See* Application, *In re Application of the Reporters Committee for Freedom of the Press for Access to Certain Sealed Court Records*, No. 1:16-mc-02183-CKK ("*In re Reporters Committee*") (D.D.C. filed Oct. 21, 2016), ECF No. 1.

2.      In response to that Application, on December 21, 2016, the United States Attorney for the District of Columbia (the "Government") "moved to unseal twelve miscellaneous matters that are at issue in the above-captioned case."  Notice, *In re Reporters Committee* (D.D.C. filed Jan. 3, 2017), ECF No. 4 (the "Government's Notice").

3.      On January 11, 2017, the Court issued a minute order indicating that it had unsealed the twelve miscellaneous matters referred to in the Government's Notice and ordering

the parties to "confer and jointly inform the Court expeditiously, and by no later than January 13, 2017, if any further proceedings are required in this matter."  Minute Order, *In re Reporters Committee* (D.D.C. filed Jan. 11, 2017) (the "Court's Minute Order").  The Court's Minute Order further states that "[u]nless informed that further action is required by the Court, the Court will dismiss the action."

4.      The Reporters Committee has reviewed the unsealed, redacted materials in the following eleven miscellaneous matters:

- 09-mc-00531
- 09-mc-00532
- 09-mc-00533
- 09-mc-00534
- 10-mc-00180
- 10-mc-00182
- 10-mc-00183
- 10-mc-00184
- 10-mc-00185
- 10-mc-00186
- 12-mc-00299

5.      While the Reporters Committee does not concede the propriety of any of the redactions made by the Government to those unsealed materials, the Reporters Committee does not intend to challenge those redactions in the above-captioned matter.  No further action is required by the Court with respect to those eleven miscellaneous matters.

6.      As of the filing of this Joint Status Report and Notice, one of the miscellaneous matters referred to in the Government's Notice and in the Court's Minute Order—09-mc-535—remains under seal and is not accessible to the public.  Accordingly, the Reporters Committee has not had an opportunity to review the docket or any other materials from that matter.  Counsel

for the parties contacted the Clerk's office in an attempt to resolve this issue in advance of today's deadline set by the Court's Minute Order, and the matter was posted today to the Court's website. However, as of this filing, 09-mc-535 is still under seal on CM/ECF. The Reporters Committee respectfully requests that the Clerk of the Court be directed to unseal 09-mc-535, that the parties be given notice when such unsealing has been completed, and that the Reporters Committee be given an opportunity to review and, to the extent needed, an opportunity to challenge any redactions made by the Government to any filings in that matter prior to dismissal of the above-captioned action.

Dated:  January 13, 2017                                 Respectfully submitted,


                                                         */s/ Katie Townsend*
                                                         Katie Townsend
                                                         DC Bar No. 1026115
                                                         THE REPORTERS COMMITTEE FOR
                                                         FREEDOM OF THE PRESS
                                                         1156 15th St. NW, Suite 1250
                                                         Washington, DC 20005
                                                         Phone: 202.795.9300
                                                         Facsimile: 202.795.9310
                                                         ktownsend@rcfp.org

                                                         *Counsel for Applicant the Reporters Committee
                                                         for Freedom of the Press*

                                                         CHANNING D. PHILLIPS
                                                         United States Attorney
                                                         D.C. Bar No. 415793

                                                         */s/_____*
                                                         Deborah A. Curtis
                                                         Assistant United States Attorney
                                                         National Security Section
                                                         California Bar Number 172208
                                                         555 Fourth Street NW
                                                         Washington, D.C. 20530
                                                         (202) 252-6920
                                                         deborah.curtis@usdoj.gov