**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

IN RE THE APPLICATION OF
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS FOR ACCESS
TO CERTAIN SEALED COURT
RECORDS

Misc. Action No 1:16-mc-02183-CKK

Related to:
Criminal No. 1:10-cr-00225-CKK

---

## NOTICE RE: MATTER 09-MC-535

1.        On October 21, 2016, the Reporters Committee for Freedom of the Press (the "Reporters Committee" or "Applicant") moved the Court for an order unsealing certain court records related to the United States government's completed criminal investigation and prosecution of Stephen Jin-Woo Kim ("Kim"), Criminal No. 1:10-cr-00224-CKK (the "Kim Prosecution").  *See* Application, *In re Application of the Reporters Committee for Freedom of the Press for Access to Certain Sealed Court Records*, No. 1:16-mc-02183-CKK ("*In re Reporters Committee*") (D.D.C. filed Oct. 21, 2016), ECF No. 1.

2.        In response to that Application, on December 21, 2016, the United States Attorney for the District of Columbia (the "Government") "moved to unseal twelve miscellaneous matters that are at issue in the above-captioned case."  Notice, *In re Reporters Committee* (D.D.C. filed Jan. 3, 2017), ECF No. 4 (the "Government's Notice").

3.        On January 11, 2017, the Court issued a minute order indicating that it had unsealed the twelve miscellaneous matters referred to in the Government's Notice and ordering the parties to "confer and jointly inform the Court expeditiously, and by no later than January 13,

2017, if any further proceedings are required in this matter." Minute Order, *In re Reporters Committee* (D.D.C. filed Jan. 11, 2017) (the "Court's Minute Order"). The Court's Minute Order further states that "[u]nless informed that further action is required by the Court, the Court will dismiss the action."

4.      On January 13, 2017, the Reporters Committee filed a joint status report and notice with this Court regarding one of the miscellaneous matters referred to in the Government's Notice and in the Court's Minute Order—09-mc-535—that remained under seal and was not accessible to the public. Joint Status Report and Notice Re: Remaining Sealed Matter, *In re Reporters Committee* (D.D.C. filed Jan. 13, 2017) (the "Joint Status Report and Notice"). The Joint Status Report and Notice stated that the Reporters Committee had reviewed eleven of the twelve miscellaneous matters and did not intend to challenge the redactions in those matters. The Joint Status Report and Notice also requested that the Clerk of the Court be directed to unseal 09-mc-535, that the parties be given notice when such unsealing has been completed, and that the Reporters Committee be given an opportunity to review and, to the extent needed, an opportunity to challenge any redactions made by the Government to any filings in that matter prior to dismissal of the above-captioned action.

5.      Since the filing of the Joint Status Report and Notice on January 13, 2017, 09-mc-535 has been unsealed and placed on the public docket, and the Reporters Committee has reviewed 09-mc-535. While the Reporters Committee does not concede the propriety of any of the redactions made by the Government to 09-mc-535, it does not intend to challenge those redactions. No further action is required by the Court with respect to 09-mc-535.

Dated:  January 17, 2017                    Respectfully submitted,

                                            /s/ Katie Townsend
                                            Katie Townsend
                                            DC Bar No. 1026115
                                            THE REPORTERS COMMITTEE FOR
                                            FREEDOM OF THE PRESS
                                            1156 15th St. NW, Suite 1250
                                            Washington, DC 20005
                                            Phone: 202.795.9300
                                            Facsimile: 202.795.9310
                                            ktownsend@rcfp.org

                                            *Counsel for Applicant the Reporters Committee
                                            for Freedom of the Press*