# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR ACCESS TO CERTAIN SEALED COURT RECORDS | MISC. NO. 16-2183 |

## ORDER
(January 17, 2017)

On January 11, 2017, the Court ordered the parties to meet and confer and to inform the Court if any further proceedings were required in this matter in light of the Court's orders unsealing records in twelve related miscellaneous matters. 1/11/2017 Minute Order. The Court stated that, unless informed that further proceedings were required, it would dismiss this action. *Id.* The Court is in receipt of the parties' [5] Joint Status Report and the Reporters Committee's [6] Notice. The parties represent that no further action is required by the Court.

Accordingly, it is this 17th day of January, 2017,

**ORDERED** that the [1] Application of Reporters Committee for Freedom of the Press for Access to Certain Sealed Court Records is DENIED AS MOOT. It is further

**ORDERED** that this miscellaneous action is DISMISSED.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge